UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

           Plaintiff,          CASE NO.: 4:05-CR-50021-1FL

vs.                                HON. PAUL V. GADOLA
                                  MAG. JUDGE WALLACE CAPEL, JR.

DONNIE D. YOUNGER,

           Defendant.
_____/

## ORDER OF DETENTION
## PENDING REVOCATION PROCEEDINGS

The Defendant appeared before the Court on August 8, 2006, based upon a Petition and Warrant for violation of his conditions of probation, filed on July 20, 2006.

The Defendant is charged with violation of the Standard Condition Number 7 by testing positive for the use of cocaine.

The report of the Probation Officer in this matter indicates that the Defendant began his term of supervision on September 28, 2005.

Based upon the information presented at the hearing, it appears that the Defendant has failed to comply with the terms of supervision by testing positive for the use of cocaine on five separate occasions in a very short time after his term of supervision began. It further appears that the Defendant has a serious drug problem which he is unable to control. Based upon the foregoing information, it appears that he has violated the terms of his probation. I also find that the Defendant poses a danger to the community due to his continued drug use.

Accordingly, the Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: August 9, 2006**          **s/ Wallace Capel, Jr.**
                                    **WALLACE CAPEL, JR.**
                                    **United States Magistrate Judge**

### CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2006    , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following: Mark C. Jones AUSA, David Koelzer, Federal Defender Office , and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants:  United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

                                                          s/ James P. Peltier
                                                          James P. Peltier
                                                          Courtroom Deputy Clerk
                                                          U.S. District Court
                                                          600 Church St.
                                                          Flint, MI 48502
                                                          810-341-7850
                                                          pete_peltier@mied.uscourts.gov